**COPY**



FILED
FEB - 1 2008
SUSAN W. TIERNEY, CLERK
BY_____D.C.

COMMONWEALTH OF KENTUCKY
DAVIESS **CIRCUIT** COURT
DIVISION _II_
ACTION No. 08-CI-00172

**EDNA ELLEN EDGE and**
**ROBERT EDGE, Sr. Her husband**                              PLAINTIFFS

VS.                              **COMPLAINT**

**WAL-MART STORES, INC.**                                     DEFENDANT

Come the Plaintiffs, by and through counsel, and for their cause of action state as follows:

1. The plaintiffs, Edna Ellen Edge "Ellen Edge" and Robert Edge, Sr., are wife and husband; they are now, and have at all times herein relevant been, residents of Owensboro, Daviess County, Kentucky.

2. The defendant, Wal-Mart Stores, Inc., doing business as Wal-Mart SuperCenter Store #701, at 5031 Frederica Street, Owensboro, Daviess County, Kentucky 42301 (hereinafter referred to as "Wal-Mart") is a foreign corporation, with its principal office at 702 SW 8th St MS#0555, Bentonville Arkansas 72716-0555 and is duly registered with the Secretary of State of Kentucky, and has heretofore designated as its agent for the service of process, pursuant to K.R.S. 271B.5-040:

   CT CORPORATION SYSTEM
   Ky. Home Life Bldg.
   Louisville Ky 40202

Wal-Mart Stores Inc., is now and was at all times herein relevant, operating Store #701, at 5031 Frederica Street, in Owensboro, Daviess County, Kentucky.

3. On or about January 2, 2008, at about 10:00 a.m., Mrs. Ellen Edge was leaving the Wal-Mart Store #701, at 5031 Frederica Street, in Owensboro, Daviess County,



EXHIBIT A

Kentucky, after shopping and purchasing certain merchandise. She was loading her bags of merchandise into her vehicle when she stepped from the sidewalk onto ice that had frozen on top of a low place in the pavement causing her to fall and severely injuring her leg ankle and foot.

Mrs. Edge was seen by an unidentified Wal-mart employee that approached her and ask if she was hurt. Numerous Wal-Mart personnel then gathered around Mrs Edge.

Mrs. Edge was transported by ambulance to the Emergency Room at Owensboro-Mercy Health System's Parrish-Avenue-Campus immediately where she was diagnosed with a compound fracture of her right foot. She required 3 days of hospitalization and continues to suffer from these severe injuries.

4. The defendant owed a duty to Mrs. Edge to make the premises safe for its intended use, but failed to do so, by failing to keep the side walks and parking lot free of ice, thereby breaching its duty to the Plaintiff.

5. The defendant, as owner of the premises, knew or should have known of the dangerous condition of the ice on the sidewalk and parking lot. The defendant knew of the danger and attempted to remove/remedy the hazard and negligently failed to remedy the hazardous condition. Additionally, the defendant owed a duty to warn Mrs. Edge of the hazard.

6. As a direct and proximate result of the defendant's breach of duty and failure to warn the plaintiff, Mrs. Edge incurred, and will in the future incur: hospital, medical and doctor expenses; economic services expenses, pain and disfigurement; and physical and mental suffering all in amount sufficient to incur the jurisdiction of this court.

7. Mrs. Ellen Edge exercised ordinary care for her own safety and the hazard was not open and obvious to her. *deny*

8. The Plaintiff, Robert Edge, Sr, is the spouse of Ellen Edge. Mr. Edge suffered a loss of companionship, aid, society and conjugal relations, as a direct result of the injuries sustained by his wife. *deny*

**WHEREFORE, Plaintiffs pray for relief as follows:**

A. For judgment against the Defendant;

B. For compensatory damages in an amount sufficient

to incur the jurisdiction of this Court;

C. For spousal loss of consortium;

D. For the plaintiffs' attorneys' fees, and court

costs herein expended;

E. For trial by jury; and

F. For any other just and proper relief to which this

honorable Court may deem the Plaintiffs entitled.

This, the __31__ day of January, 2008.

*/s/ Jeanie Owen Miller*
Jeanie Owen Miller
**Attorney for Plaintiffs**
214 West 3rd Street (zip 42303-4121)
**P. O. Box 712**
**Owensboro, KY 42302-0712**
**Voice phone (270) 926-2626**

**VERIFICATION**

We have read the foregoing document, and the averments contained therein are true, to the best of our knowledge and belief.

-3-

_Edna Ellen Edge_
Edna Ellen Edge

_Robert Edge Sr_
Robert Edge, Sr.

COMMONWEALTH OF KENTUCKY )
                                                ( SCT
COUNTY OF DAVIESS              )

Subscribed and sworn to before me by Edna Ellen Edge, on this _3/_ day of January, 2008.

_Shirley Q. White_
Notary Public, Kentucky at Large
My commission expires: _3/23/2011_

COMMONWEALTH OF KENTUCKY )
                                                ( SCT
COUNTY OF DAVIESS              )

Subscribed and sworn to before me by Robert Edge, Sr., on this _3/_ day of January, 2008.

_Shirley Q. White_
Notary Public, Kentucky at Large
My commission expires: _3/23/2011_

-4-

| AOC-105　　Doc. Code: CI<br>Rev. 5-03　　02/1/2008 09:36 am<br>Page 1 of 1　　Ver. 1.01<br>Commonwealth of Kentucky<br>Court of Justice　www.kycourts.net<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 08-CI-00 172 |
|---|---|---|
| | | Court ☑ Circuit ☐ District |
| | | County Daviess |

**PLAINTIFF**

EDNA　　　　　ELLEN　　　　EDGE
and ROBERT EDGE, SR., her husband

VS.

**DEFENDANT**

WAL-MART STORES, INC.
d/b/a Wal-Mart SuperCenter Store # 701
5031 Frederica Street
Owensboro　　　　　　Kentucky

**Service of Process Agent for Defendant:**
CT CORPORATION SYSTEM
KENTUCKY HOME LIFE BUILDING
LOUISVILLE, KY 40202

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: February 1, 2008　　　　　_____ Clerk
　　　　　　　　　　　　　　　　By: _____ D.C.

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.
　　　　　　　　　　　　　　　Served by: _____
　　　　　　　　　　　　　　　　　　　　　_____ Title