UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:08-CV-32-M

EDNA ELLEN EDGE and
ROBERT EDGE, SR.                                                           PLAINTIFFS

V.

WAL-MART STORES EAST, LP                                             DEFENDANT

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinion and Order and the Plaintiffs' Complaint be dismissed with prejudice.

cc: Counsel of Record

1